May 13, 1966

Beerhalter *v.* Beerhalter, Appellant.

Argued April 11, 1966. *John L. Bailey,* with him *Clyde P. Bailey,* for appellant; *John W. Cost,* with him *Stephen F. Smetana,* for appellee.

PER CURIAM: Decree affirmed. Having made an independent study of the entire record we are of the opinion that the court below properly granted a decree in divorce a mensa et thoro in this case.

WATKINS, J., absent.

Bencho, Appellant, *v.* Commonwealth.

Submitted April 11, 1966. *Michael Bencho,* appellant, in propria persona; no argument was made nor brief submitted for appellee.

Order affirmed.